UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LYDIA DONATI,

    Plaintiff,

v.                                           Case No. 13-14496

FORD MOTOR COMPANY GENERAL
RETIREMENT PLAN, RETIREMENT
COMMITTEE,

    Defendant.
                                                         /

## JUDGMENT

In accordance with the court's "Opinion and Order Denying Plaintiff's Motion for Judgment and Granting Defendant's Motion for Judgment" dated May 20, 2015,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Ford Motor Company General Retirement Plan, Retirement Committee.

Dated at Detroit, Michigan, this 20th day of May 2015.

                                                      DAVID J. WEAVER
                                                      CLERK OF THE COURT

                                                         s/ Lisa Wagner
                                                 By: Lisa Wagner, Case Manager
                                                     to Judge Robert H. Cleland